**Order entered April 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01390-CV

### IN RE DALLAS PLASTIC SURGERY INSTITUTE, INC., DALLAS DAY SURGERY CENTER, INC., SAMEER SUBHASH JEJURIKAR, M.D., AND SAMEER SUBHASH JEJURIKAR, M.D., P.A., Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15886**

## ORDER
Before Justices Bridges and Whitehill

Based on the Court's opinion of this date, we **DENY** relators' petitions for writ of mandamus. We **LIFT** the Court's November 16, 2018 stay of the requirement that relators comply with paragraph 4 of the trial court's October 24, 2018 discovery order and **LIFT** the Court's November 27, 2018 stay of the trial court's November 7, 2018 order requiring relators to produce medical records. We **ORDER** relators to bear their own costs, if any, of this original proceeding.


/s/    DAVID L. BRIDGES
       JUSTICE